UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS ZATS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:25-cv-13709-CCC-JRA<br><br>Motion Date: September 15, 2025 |

**DECLARATION OF NADIRA KIRKLAND**

I, Nadira Kirkland, declare, under penalty of perjury, as follows.

1. I submit this Declaration in Support of Defendant Jaguar Land Rover North America, LLC's ("JLRNA") Motion to Compel Arbitration in the above-captioned action.

2. I am in-house Corporate Counsel at JLRNA. I base this Declaration on a review of the handbooks and records of JLRNA, the allegations in Plaintiffs' Class Action Complaint ("Complaint"), and my personal knowledge.

3. According to the Complaint, ¶ 7, on or about October 7, 2022, Boris Zats bought a 2023 Land Rover Range Rover SE from Jaguar Land Rover of Manhattan, an authorized Jaguar Land Rover dealer in New York, New York.

4. According to the Complaint, ¶ 12, on or about December 30, 2022, Amir Gupta bought a 2023 Land Rover Range Rover Autobiography from Marin Luxury Cars Jaguar Land Rover of Manhattan, an authorized Jaguar Land Rover dealer in in Corte Madera, California.

5. According to the Complaint, ¶ 18, Frank Ruffolo bought two 2023 Land Rover Range Rovers on or about September 14, 2022, and December 29, 2022, respectively, from Howar Orloff Imports, an authorized Jaguar Land Rover dealer in Chicago, Illinois.

6. Attached as Exhibit 1 are true and correct copies of pages 1-6 and 523-563 of the 2023 Range Rover Owner's Handbook, Publication Part No. LRL 18 02 69 231. This is the Owner's Handbook applicable to all of the Land Rover Range Rovers referenced in paragraphs 3-5 above. The Passport to Service, which is the new vehicle limited warranty for these vehicles, is found at pp. 523-563 of the Owner's Handbook.

7. At page 525 of the Passport to Service, it states, in capital and bolded letters: **"IF YOU DO NOT AGREE TO THESE TERMS, PLEASE CONTACT US AT ARBITRATION-OPT-OUT@JAGUARLANDROVER.COM AND PROVIDE YOUR VEHICLE IDENTIFICATION NUMBER (VIN) WITHIN THIRTY (30) DAYS OF YOUR PURCHASE OR LEASE TO OPT-OUT OF THIS ARBITRATION PROVISION."** JLRNA's Office of General Counsel

regularly monitors and has access to this email inbox identified in the Passport to Service.

8. JLRNA has not received any request from Plaintiffs Boris Zats, Amir Gupta, or Howard Ruffolo to opt out of the Arbitration Provisions contained in the Passport to Service.

9. Following the Passport to Service in the 2023 Land Rover Range Rover Owner's Manual is a section titled "Dispute Resolution-USA." Pages 564-567 regarding dispute resolution in the United States generally and pp. 570-571 entitled "Notice to Owners in the State of California" are attached as Exhibit 2.

10. A search of JLRNA's warranty records for the vehicles referenced in paragraphs 3-5 above reveals that:

a. Boris Zats has had at least four (4) warranty repairs performed on his Land Rover Range Rover SE, VIN SALKP9E76PA011872, claim records relating to which from JLRNA's records are attached as Exhibits 3-6;

b. Amir Gupta has had at least fourteen (14) warranty repairs performed on his Land Rover Range Rover Autobiography, VIN SALK19E75PA034349, claim records relating to which from JLRNA's records are attached as Exhibit 7-20;

c. Frank Ruffolo has had at least eight (8) warranty repairs performed on his Land Rover Range Rover, VIN SALKP9E73PA016396, claim records relating to which from JLRNA's records are attached as Exhibits 21-28.

d. Frank Ruffalo has had at least three (3) warranty repairs performed on his Land Rover Range Rover, VIN SALK19E78PA035575, claim records relating to which from JLRNA's records are attached as Exhibits 29-31.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of August, 2025.

Nadira Kirkland