# Exhibit 1

R

# RANGE ROVER

# OWNER'S HANDBOOK

Reference Copy 23/08/22

Publication Part No. LRL 18 02 69 231

L

# Introduction

## CALIFORNIA PROPOSITION 65 WARNING

**First Warning Statement:**

**⚠WARNING**

**Operating, servicing and maintaining a passenger vehicle or off-highway motor vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.**

## ABOUT THIS HANDBOOK

Please take the time to study all of the owner/operator literature supplied with your vehicle as soon as possible.

## IMPORTANT

*The information contained in this handbook covers all vehicle derivatives and optional equipment, some of which may not be fitted to your vehicle. Due to printing cycles, this handbook may include descriptions of options before they become generally available.*

**Images used in this publication are for illustrative purposes only and may not reflect exactly what is fitted to your vehicle.**

*The vehicle options, hardware and software, are designed for the market in which the vehicle is intended for original sale. If the vehicle is to be registered or used in another geographical area, it may need modifications to suit local requirements. Jaguar Land Rover Limited is not responsible for the cost of any modifications. Warranty conditions may be affected.*

The information contained in this publication was correct when it went to print. Subsequent vehicle design changes may result in a supplement being added to the literature pack. The digital handbook can be viewed at: **www.ownerinfo.landrover.com** and is updated with the latest available information.

In the interest of development, the right is reserved to change specifications, design or equipment, at any time, without notice and without incurring any obligations. This publication, or part thereof, may not be reproduced nor translated without our approval. Errors and omissions excepted.

R



## SYMBOLS USED IN THIS HANDBOOK

This safety alert symbol precedes any safety message about a risk of personal injury. It will also have one of the following signal words.

### DANGER

**Indicates a hazardous situation that, if not avoided, will result in death or serious injury.**

### WARNING

**Indicates a hazardous situation that, if not avoided, could result in death or serious injury.**

### CAUTION

**Indicates a hazardous situation that, if not avoided, could result in minor or moderate injury.**

**NOTICE**

*Indicate either a procedure which must be followed precisely, or information that should be considered with great care, in order to avoid the possibility of damage to your vehicle.*

This recycling symbol identifies those items that must be disposed of safely in order to prevent unnecessary damage to the environment.

This symbol indicates items that must be disposed of correctly, as they contain harmful substances. Seek advice on disposal from a retailer/authorized repairer and/or your local authority.

This symbol identifies those features that can be adjusted, disabled or enabled by a retailer/authorized repairer.

All rights reserved. Published by © **Jaguar Land Rover Limited 2022.**

Reference Only 23/08/22

L

Reference Copy 23/08/22

R

## Contents

Introduction....2
Vehicle stability....7
Reporting safety defects....8
Controls overview....9
Vehicle charging....11
Vehicle preconditioning....18
Hybrid system....22
My Electric Vehicle (EV)....26
Power doors....27
Entering the vehicle....34
Exiting the vehicle....51
Front seats....56
Rear seats....62
Head restraints....77
Convenience features....82
Steering wheel....84
Seat belts....86
Child safety....91
Air bags....102
Instrument panel....110
Warning and information lamps....117
Exterior lights....128
Interior lights....134
Wipers and washers....138
Mirrors....143
Garage door opener....146
Windows....150
Storage compartments....155
Load carrying....166
Towing....178
Starting the engine....187
Auto stop/start....191
Transmission....194
Suspension....198
Brakes....206
Stability control....212
Hill Descent Control (HDC)....215
Speed limiter....217
Cruise control....222
Adaptive cruise control....225
Collision avoidance....237
All Terrain Progress Control (ATPC)....250
Driving programs....254
4x4i....262
Dynamic-i....267
Low traction launch....269
Driving aids....270
Touchscreen home....277
Touchscreen extra features....284
Touchscreen settings....286
Media....291
AM/FM radio....300
HD radio™....303
Satellite radio....305
Portable media....309
Tailgate event suite....317
Headphones....321
Rear seat screens....324
Climate and comfort....334
Parking features....351
Cameras....363
Phone....369
Bluetooth®....380
Navigation....381
Voice control....395
InControl....398
Connectivity....406
Fuel and refueling....410
Maintenance....415
Vehicle cleaning....423
Fluid level checks....432
Vehicle battery....441

L

## Contents

Fuses....................................450
Tires.....................................460
Tire Pressure Monitoring System (TPMS).................................476
Tire repair system..................483
Wheel changing.....................491
Vehicle recovery....................505
After a collision.....................511
Vehicle labels........................513
Technical specifications..........515
Passport to Service.................523
Dispute Resolution - USA.......564
Dispute Resolution - Canada..602
Type approval.........................603
Index.....................................617

Reference Copy 23/08/22

## BINDING ARBITRATION FOR UNITED STATES VEHICLES ONLY

**PLEASE READ THIS SECTION IN ITS ENTIRETY AS IT AFFECTS YOUR RIGHTS. THIS SECTION DOES NOT PRECLUDE YOU FROM FIRST PURSUING ALTERNATIVE DISPUTE RESOLUTION THROUGH BBB AUTO LINE AS DESCRIBED IN THE "ALTERNATIVE DISPUTE RESOLUTION" PROVISION.**

If you purchased or leased your Jaguar Land Rover (JLR) vehicle in the United States, you and we, Jaguar Land Rover North America (JLRNA), each agree that any claim or disputes between us (including between you and any of our affiliated companies) related to or arising out of your vehicle purchase, advertising for the vehicle, use of your vehicle, the performance of the vehicle, any service relating to the vehicle, the vehicle warranty, representations in the warranty, or the duties contemplated under the warranty, including without limitation claims related to false or misleading advertising, unfair competition, breach of contract or warranty, the failure to conform a vehicle to warranty, failure to repurchase or replace your vehicle, or claims for a refund or partial refund of your vehicle's purchase price (excluding personal injury claims), but excluding claims brought under the Magnuson-Moss Warranty Act, shall be resolved by binding arbitration at either your or our election, even if the claim is initially filed in a court of law.

If either you or we elect to resolve our dispute via arbitration (as opposed to in a court of law), such binding arbitration shall be administered by and through JAMS Mediation, Arbitration and ADR Services (JAMS) under its Streamlined Arbitration Rules & Procedures, or the American Arbitration Association (AAA) under its Consumer Arbitration Rules.

We will pay all fees for any arbitration except for the initial filing fee of $250 for JAMS or $200 for AAA. The arbitration will be held in the city or county of your residence.

To learn more about arbitration, including the applicable rules and how to commence arbitration, please contact:

**JAMS Mediation, Arbitration and ADR Services**

- Website: **www.jamsadr.org**.
- Telephone: 800-352-5267

**American Arbitration Association (AAA)**

- Website: **www.adr.org**.
- Telephone: 800-778-7879

This agreement to arbitrate is intended to be broadly interpreted and to make all disputes and claims between us (including our affiliated companies) relating to or arising out of your vehicle purchase, use or performance of your vehicle, or the vehicle warranty subject to arbitration to the maximum extent permitted by law. The arbitrator (and not a court) shall decide all issues of interpretation, scope, and application of this agreement.

L

## Passport to Service

In any arbitration, the arbitrator shall be bound by the terms of this agreement and shall follow the applicable law. The arbitrator shall not have the power to commit manifest errors of law, and any award rendered by the arbitrator that employs a manifest error of law may be vacated or corrected by a court of competent jurisdiction for such error.

The arbitrator may only resolve disputes between you and us and may not consolidate claims without the consent of all parties.

The arbitrator cannot hear class or representative claims or requests for relief on behalf of others, or issue any award or remedy in arbitration against or on behalf of anyone who is not a named party to the arbitration, as permitted by law. In other words, you and we may bring claims against the other only in your or our individual capacity, and not as a plaintiff or class member in any class or representative action to the maximum extent permitted by law.

You and we acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative proceeding.

If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy, then that claim or remedy (and only that claim or remedy) must be brought in court and must be stayed pending arbitration of the arbitrable claims and remedies.

If a court or arbitrator decides that any part of this agreement cannot be enforced as to a particular request for public injunctive relief, then that request for public injunctive relief (and only that request for public injunctive relief) must be brought in court and must be stayed pending arbitration of the arbitrable remedies.

If arbitration is elected by either party, the parties collectively agree that they waive their right to a jury trial.

Notwithstanding the above, either you or we may file a lawsuit in small claims court for any claims that otherwise require binding arbitration, if the small claims court has jurisdiction. Judgment upon any award in arbitration may be entered in any court having jurisdiction.

In addition, either you or we may invoke any JAMS Streamlined Arbitration Rules & Procedures or AAA Consumer Arbitration Rules that allow you or we to have a small claims court decide any claims that otherwise require binding arbitration. This agreement evidences a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16.

Judgment upon any award in arbitration may be entered in any court having jurisdiction.

**IF YOU PURCHASED OR LEASED YOUR VEHICLE IN THE UNITED STATES, YOUR WARRANTY IS MADE SUBJECT TO THE TERMS OF THIS BINDING ARBITRATION PROVISION.**

R



**BY USING THE VEHICLE, OR REQUESTING OR ACCEPTING BENEFITS UNDER THIS WARRANTY, INCLUDING HAVING ANY REPAIRS PERFORMED UNDER WARRANTY, YOU AGREE TO BE BOUND BY THESE TERMS.**

**IF YOU DO NOT AGREE WITH THESE TERMS, PLEASE CONTACT US AT ARBITRATION-OPT-OUT@JAGUARLANDROVER.COM AND PROVIDE YOUR VEHICLE IDENTIFICATION NUMBER (VIN) WITHIN THIRTY (30) DAYS OF YOUR PURCHASE OR LEASE TO OPT-OUT OF THIS ARBITRATION PROVISION.**

## USING THE PASSPORT TO SERVICE

### YOUR PASSPORT TO SERVICE

This section of the Owner's Handbook contains information essential for the understanding of your vehicle warranties, and for the implementation of any necessary warranty rectification. It is recommended that you read the contents with care to familiarize yourself with the benefits available under the various warranties.

**Note:** *When Jaguar Land Rover (JLR) is referenced, this includes either or both Jaguar Land Rover North America, LLC (JLRNA) and Jaguar Land Rover Canada ULC (JLRC) as applicable.*

### VEHICLE REGISTRATION; OWNER INFORMATION

At the time of original delivery, your Land Rover retailer/authorized repairer will have placed your vehicle, your name, and your complete address in a vehicle registration file. Once registered, you are entitled to the benefits of the various applicable warranties as described herein.

In the event that the vehicle is transferred to a new owner or the current owner's name or address should change, contact the Customer Relationship Center.

### SCHEDULED VEHICLE MAINTENANCE

Because of the need for specialized equipment and skills, it is strongly recommended that all service work be entrusted to a Land Rover retailer/authorized repairer.

Maintenance must be carried out at the specified intervals. Should the vehicle have a high proportion of short journeys or operate in severe conditions, JLR recommends that the maintenance procedures be performed at intervals not to exceed 6 months.

It is normal for the vehicle to consume some engine oil during normal use. It is the owner's responsibility to ensure that the engine oil is maintained at the proper level in between the scheduled vehicle maintenance intervals.

Additionally, more frequent checks of under-hood fluids and tire pressures can help minimize your chance of being inconvenienced while on the road, and may extend the life of certain wear and tear components.

Reference Copy

L

## Passport to Service

Land Rover retailer/authorized repairers may offer supplemental maintenance services as a convenience to those owners who do not wish to perform these services themselves.

JLR may publish updates to your retailer/authorized repairer for any changes to the maintenance schedules.

### INDEPENDENT ALTERNATIVE DISPUTE RESOLUTION PROGRAMS

JLRNA participates in two independent alternative dispute resolution programs.

AUTOCAP® (Automotive Consumer Action Program) and BBB AUTO LINE® are national alternative dispute resolution programs, sponsored by the National Automobile Dealers Association and the Better Business Bureau, respectively. Consumers may contact AUTOCAP® through their state's department of motor vehicles or BBB AUTO LINE® through the Better Business Bureau. For further details on BBB AUTO LINE®, See **565, BBB AUTO LINE®**.

### STATE SPONSORED ALTERNATE DISPUTE RESOLUTION PROGRAMS

Jaguar Land Rover North America, LLC (JLRNA) participates in state sponsored alternate dispute resolution programs where they are available and required by law. The alternate dispute resolution programs are operated by state agencies. The state agency responsible for administering the program in your state should be contacted for further information.

### PROVINCE-SPONSORED ALTERNATIVE DISPUTE RESOLUTION PROGRAMS (CANADA ONLY)

Jaguar Land Rover Canada ULC (JLRC) participates in province-sponsored alternative dispute resolution programs where they are available and required by law. These alternatives dispute resolution mechanisms are essentially third party panels.

## FOREWORD

Jaguar Land Rover (JLR) are committed to providing high levels of owner satisfaction and to offering you the highest standard of owner care. JLR is pleased to welcome you to the Land Rover Roadside Assistance Program, an ownership program designed to enhance the satisfaction and security of owning a Land Rover automobile.

The Land Rover Roadside Assistance program includes the following:

- 24-hour roadside emergency assistance, plus trip interruption benefits, all available through a 24-hour toll-free Assistance Line.
- A 24-hour toll-free Assistance Line for questions about any elements of the Land Rover Roadside Assistance Program.

To contact the Roadside Assistance Line, dial:

- **US**: 1-800-637-6837
- **Canada**: 1-800-461-2325

The Land Rover Assistance Program is only available to vehicles with a valid **New Vehicle Limited Warranty**. The **New Vehicle Limited Warranty** covers your vehicle for:

R



- **US:** 4 years or 50,000 miles, whichever first occurs
- **Canada:** 4 years or 80,000 km, whichever first occurs

If your **New Vehicle Limited Warranty** is canceled or voided for any reason (including, but not limited to, an unauthorized modification or alteration to the vehicle, or if the vehicle's title is reported as dismantled, fire, flood, junk, rebuilt, reconstructed, salvaged, totaled, or stolen), your Land Rover Roadside Assistance Program privileges and services detailed herein are also canceled and voided.

The Land Rover Roadside Assistance Program does not apply beyond a valid **New Vehicle Limited Warranty**.

For further information on the Land Rover Roadside Assistance Program. See **557, LAND ROVER ROADSIDE ASSISTANCE PROGRAM**.

## COMMUNICATION WITH JAGUAR LAND ROVER (JLR)

Please direct all communication with JLR using one of the following options:

**Write to:**

**US:**

Jaguar Land Rover North America, LLC

ATTN: Customer Relationship Center

100 Jaguar Land Rover Way

Mahwah

New Jersey 07495

**Canada:**

Jaguar Land Rover Canada ULC

75 Courtneypark Drive West, Unit 3

Mississauga, ON

L5W 0E3

**Telephone:**

**US:** 1-800-637-6837

**Canada:** 1-800-461-2325

Mon. - Fri., 7:00 am - 9:00 pm Eastern

Sat., 9:00 am - 6:00 pm Eastern

**Email:**

**US:**

Go to **www.landroverusa.com** and complete the following steps:

1. Select **United States**.
2. Select **Contact Us**.
3. Select **Email Land Rover**.
4. Complete the Customer Service form, and return it to JLRNA.

**Canada:**

Go to **www.landrover.ca** and complete the following steps:

1. Select the desired language.
2. Select **Contact Us**.
3. Select **Click here** to open the online form.
4. Complete the Customer Service form, and return it to JLRC.

## TIRE WARRANTY

Tires are warranted by the individual tire manufacturer indicated by the name brand of the tire (Bridgestone, Continental, Dunlop, Michelin or Pirelli). Refer to the tire manufacturer's warranty pamphlet supplied with your owner information package. Your JLR retailer/authorized repairer can provide tire information and will assist you in most instances. In the event your JLR retailer/authorized repairer is unable to supply the information and assistance you require, please contact the tire manufacturer directly at the appropriate number listed below:

Reference Copy 2/8/22

L

## Passport to Service

- For Bridgestone tires:
  - **US**: 1-800-356-4644
  - **Canada**: 1-800-267-1318
- For Continental tires:
  - **US**: 1-800-847-3349
  - **Canada**: 1-855-453-1962
- For Dunlop tires:
  - **US**: 1-800-321-2136
  - **Canada**: 1-800-387-3288
- For Michelin tires:
  - **US**: 1-800-847-3435
  - **Canada**: 1-888-871-4444
- For Pirelli tires:
  - **US**: 1-800-747-3554
  - **Canada (English)**: 1-800-747-3554
  - **Canada (French)**: 1-800-363-0583

Additional information on the care and service of automobile tires may be obtained by writing to:

Rubber Manufacturers Association

1400 K Street N.W., Suite 900

Washington, DC 20005

### SUMMARY OF WARRANTIES

Jaguar Land Rover North America, LLC (JLRNA) is the sole authorized distributor of Land Rover vehicles in the United States, Puerto Rico, and Guam and cover only vehicles originally specified and built by Jaguar Land Rover Limited for the United States, Puerto Rico, and Guam.

Jaguar Land Rover Canada ULC (JLRC) is the sole authorized distributor of Land Rover vehicles in Canada, and cover only vehicles originally specified and built by Jaguar Land Rover Limited for Canada.

Land Rover warranties are in favor of the original purchaser and each subsequent owner during the respective warranty periods.

Jaguar Land Rover (JLR) will not cover the costs to modify the vehicle to meet legal requirements in another country. If you need to make modifications to your Land Rover vehicle in order to meet another country's legal requirements, JLR encourages you to have these modifications performed at a Land Rover retailer/authorized repairer.

**Notwithstanding anything to the contrary in this Passport to Service, the warranties and benefits (including, but not limited to, the Roadside Assistance Program and service adjustments) detailed in this booklet are applicable to vehicles sold only in the United States, Puerto Rico, Guam, and Canada, and that have only been operated in the United States, Puerto Rico, Guam, and Canada, subject to all applicable exclusions or limitations. Any exportation of the vehicle from any country to another will void the Passport to Service (i.e., warranties and Roadside Assistance) and you will not receive any warranty repairs or benefits contained in this booklet. This excludes any outstanding Recall Campaign. However, these vehicles which are then subsequently exported may be eligible for Regional Warranty.**

A summary of Land Rover warranty is as follows.

R



**New Vehicle Limited Warranty**

| Description | Warranty |
|---|---|
| Bumper to bumper | **US:** 4 years / 50,000 miles, whichever first occurs<br>**Canada:** 4 years / 80,000 km, whichever first occurs |
| 12V Battery | **US:** 4 years / 50,000 miles, whichever first occurs<br>**Canada:** 4 years / 80,000 km, whichever first occurs |
| Wear parts and service adjustments | **US:** 1 year / 12,500 miles, whichever first occurs<br>**Canada:** 1 year / 20,000 km, whichever first occurs |
| Corrosion | **US:** 6 years / unlimited mileage<br>**Canada:** 6 years / unlimited distance |

**Note:** *Some US states have mandated alternate coverage time periods for parts of your vehicle, for example, seat belts.*

**Emission Control System Warranties**

| Federal (US and Canada) | |
|---|---|
| **Description** | **Warranty** |
| Emission design and defect warranty[1] | **US:** 2 years / 24,000 miles, whichever first occurs<br>**Canada:** 2 years / 40,000 km, whichever first occurs |
| Emission design and defect warranty[2] - Certain emission-related parts | **US:** 8 years / 80,000 miles, whichever first occurs<br>**Canada:** 8 years / 130,000 km, whichever first occurs |
| Emission performance warranty | **US:** 2 years / 24,000 miles, whichever first occurs<br>**Canada:** 2 years / 40,000 km, whichever first occurs |
| Emission performance warranty[3] - Certain emission-related parts | **US:** 8 years / 80,000 miles, whichever first occurs<br>**Canada:** 8 years / 130,000 km, whichever first occurs |

Reference Copy 23/08/22

L



| California[3] | |
|---|---|
| **Description** | **Warranty** |
| Emission defect warranty[1] - Short term | 3 years / 50,000 miles, whichever first occurs |
| Emission defect warranty[2] - Long term | 7 years / 70,000 miles, whichever first occurs |
| Emission performance warranty | 3 years / 50,000 miles, whichever first occurs |
| Extended emission defect and performance warranty[4] - All emission-related parts, except high voltage battery. | 15 years / 150,000 miles, whichever first occurs |
| Extended emission defect and performance warranty[4] - High voltage battery | 10 years / 150,000 miles, whichever first occurs |

[1] Extended to the warranty limits under the **New Vehicle Limited Warranty Bumper-to-Bumper** coverage.

[2] For a list of specific components, refer to **EMISSION CONTROL SYSTEM COMPONENTS**. See **541, EMISSION CONTROL SYSTEM COMPONENTS.**

[3] California Emission Control System Warranties are also applicable to vehicles registered in certain other US states. Specific states and vehicle applicability are specified in the section **California Emission Control System Warranties**.

[4] Extended Emission Defect and Performance Warranty is applicable to Plug-in Hybrid Electric vehicles registered in California, Connecticut, Colorado, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, or Vermont.

## VEHICLE WARRANTIES

### WARRANTY DISPUTE PROGRAMS

Jaguar Land Rover North America (JLRNA) participates in the BBB AUTO LINE® warranty dispute resolution program. You are free to contact BBB AUTO LINE® directly for more information.

Reference Copy 23/08/22

R



**BBB AUTO LINE® can be reached at:**

- BBB AUTO LINE®, BBB National Programs, Inc.
  1676 International Drive, Suite 550
  McLean, VA 22102-3999
  Telephone: 1-800-955-5100, option #2.

You are required to submit your warranty dispute to the BBB AUTO LINE® before exercising rights or seeking remedies under the Federal Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq. To the extent permitted by the applicable state "**Lemon Law**", you are also required to submit your warranty dispute to the BBB AUTO LINE® before exercising any rights or seeking remedies under the "**Lemon Law**". If you choose to seek remedies that are not created by the Magnuson-Moss Warranty Act or the applicable state "**Lemon Law**", you are not required to first use BBB AUTO LINE to resolve your dispute – although the program is still available to you.

For more information regarding the BBB AUTO LINE program, please refer to the relevant section of the owners handbook. See **565, BBB AUTO LINE®**

**NEW VEHICLE LIMITED WARRANTY**

All vehicles originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States, Puerto Rico, Guam, and Canada.

**Warranty limitations**

The written warranties contained herein are the only express warranties applicable to your vehicle. Jaguar Land Rover (JLR) neither assumes, nor authorizes anyone to assume for it, any other obligation or liability in connection with the warranties contained herein.

**Limitation of remedies**

Under the warranty, it is agreed that the sole exclusive remedy against Jaguar Land Rover (JLR), and their retailer/authorized repairers shall be for the repair or replacement of defective parts as provided herein. The sole purpose of this exclusive remedy shall be to provide for the free repair and replacement of defective parts in the manner prescribed in this warranty. This exclusive remedy shall not be deemed to have failed its essential purpose so long as JLR, through their retailer/authorized repairers, are willing and able to repair or replace defective parts in the prescribed manner.

**IMPLIED WARRANTIES - CONSEQUENTIAL DAMAGES**

UNDER THE LAW, THE OWNER MAY BE ENTITLED TO THE BENEFIT OF CERTAIN IMPLIED WARRANTIES:

- AN IMPLIED WARRANTY OF MERCHANTABILITY (THAT YOUR CAR IS REASONABLY FIT FOR THE GENERAL PURPOSE FOR WHICH IT WAS SOLD) OR,
- AN IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. (THAT YOUR CAR IS SUITABLE FOR YOUR SPECIAL PURPOSES).

THESE IMPLIED WARRANTIES ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE TIME PERIOD COVERED BY THE WRITTEN WARRANTIES, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY STATE LAW (USA ONLY) OR PROVINCIAL LAW (CANADA ONLY), WHICHEVER PERIOD IS SHORTER.

L



JLR DOES NOT ACCEPT RESPONSIBILITY UNDER ANY OF THE WARRANTIES IN THE PASSPORT TO SERVICE FOR ANY CONSEQUENTIAL DAMAGE OR COMMERCIAL LOSS TO THE OWNER, OR ANY INCIDENTAL EXPENSES, LOSS OF TIME, OR INCONVENIENCE.

SOME STATES (USA ONLY) OR PROVINCES (CANADA ONLY) DO NOT PERMIT A LIMITATION ON HOW LONG AN IMPLIED WARRANTY WILL LAST, OR ON THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO THE OWNER. THIS WARRANTY GIVES OWNERS SPECIFIC LEGAL RIGHTS, AND THEY MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE (USA ONLY), OR PROVINCE TO PROVINCE (CANADA ONLY).

**Canada only:** The information regarding limitations on incidental and consequential damages under the **New Vehicle Limited Warranty** also applies to the Emission Control System warranties.

**Warranty statement**

Jaguar Land Rover (JLR) warrants that during the warranty period, if a Land Rover vehicle is properly operated and maintained, upon presentment for service at a Land Rover retailer/authorized repairer, any component covered by this warranty found to be defective in materials or workmanship will be repaired, or replaced, without charge, with a new or re-manufactured part distributed by JLR at its sole option.

The warranty period for the vehicle begins on the date of the first retail sale, or on the date of entry into demonstrator or company service, whichever first occurs. For further information detailing your warranty period, please refer to the relevant topic. See **528, SUMMARY OF WARRANTIES**.

**Canada only:** Jaguar Land Rover Canada ULC (JLRC) and your Land Rover retailer/authorized repairer are not responsible for any time that you lose, for any inconvenience you might be caused, for the loss of transportation, or for any other incidental or consequential damages you may have.

**Warranty coverage**

The **New Vehicle Limited Warranty** covers any factory-supplied component of the Land Rover vehicle that is defective during the basic warranty period, with the exception of tires and items such as:

- Lubricants
- Normal maintenance items
- Regularly scheduled maintenance, parts and labor
- Wear parts, except as listed below.

The warranty includes any part scheduled for routine replacement during the warranty period if it is defective. If a part fails at the same time it is due for replacement it is not covered by the warranty.

R



**Wear parts**

**Wear parts are warranted for:**

- **US:** 1 year or until the vehicle has been driven 12,500 miles, whichever first occurs.
- **Canada:** 1 year or until the vehicle has been driven 20,000 km, whichever first occurs.

**Wear parts include the following:**

- Brake pads - defect only.

  **Note:** *Brake pads are covered for defects in material and workmanship only. Normal wear is not covered by the* ***New Vehicle Limited Warranty****.*
- Windshield wiper blades.

**Brake discs (rotors)**

Brake discs are covered for defects in material and workmanship only. Normal wear is not covered by the **New Vehicle Limited Warranty**.

**Vehicle Startup Battery (12 volt)**

**The vehicle startup battery is warranted 100% for parts and labor for:**

- **US:** 4 years or 50,000 miles, whichever first occurs.
- **Canada:** 4 years or 80,000 km, whichever first occurs.

**Service adjustments**

**Any adjustment necessary to correct a defect in materials or workmanship will be performed without charge for:**

- **US:** 1 year or until the vehicle has been driven 12,500 miles, whichever first occurs.
- **Canada:** 1 year or until the vehicle has been driven 20,000 km, whichever first occurs.

The term 'adjustment' refers to minor repairs or adjustment not usually associated with the replacement of parts.

**What is not covered**

Damage caused by accident; alteration or misuse of the vehicle.

**Examples are:**

- Damage caused by collision, fire, flood, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle.
- Damage caused by negligence, misuse of the vehicle, improper repair, lack of or improper maintenance, overloading, racing, or using the vehicle as a stationary power source.
- Modification, alteration, or conversion of the vehicle, and/or installation of non-approved accessories or components, that alter the original engineering and/or operating specifications or which result in damage to the original components.
- Damage caused by tampering with the vehicle, tampering with the emissions systems or with other parts that affect these systems.
- Damage caused by contaminated or improper fuel or fluids.
- Damage caused by application of improper chemicals.
- Alteration or modification of the vehicle, including changes to the body, chassis, or components after the vehicle leaves the control of JLR.

Reference Copy 01/22

L



- Disconnection, replacement, or alteration of the odometer, or where the actual distance cannot be determined due to the odometer being inoperative for an extended period of time.
- Unauthorized replacement of the speedometer.

This warranty shall be null and void if the Vehicle Identification Number (VIN) has been altered or cannot be read, if the odometer has been replaced or altered and the true mileage cannot be determined.

**Damage caused by use and/or the environment**

Surface corrosion and deterioration of paint, trim, and appearance items that result from use and/or exposure to the elements are not covered.

**Examples are:**

- Stone chips and scratches
- Dings or dents
- Road salt
- Tree sap
- Bird droppings
- Lightning
- Hail damage
- Windstorm damage
- Earthquake damage
- Water or flood damage.

**Damage caused by improper maintenance**

Damage caused by failure to maintain the vehicle, improperly maintaining the vehicle, or using the wrong fuel, oil, lubricants, or fluids is not correct.

For further information relating to correct fluid levels and maintenance schedules, please refer to the relevant section of the Owner Handbook. See **432, FLUID FILLER LOCATIONS** and **558, MAINTENANCE AND SERVICE**.

**Examples are:**

- Oil changes
- Engine tune-up
- Wiper blades
- Oils, lubricants and other fluids
- Oil/air filters
- Brake linings/pads
- Cleaning and polishing.

Reference Copy 23/08/22

R



**Other items and conditions not covered by this warranty**

- Parts and accessories on your vehicle that are not Jaguar Land Rover (JLR) approved.
- Vehicles that have been, or are reported as, dismantled, junked, rebuilt, reconstructed, salvaged, totaled, stolen, or exposed to fire or flood.
- Service adjustments, alignments and wear parts after 1 year or 12,500 miles (US), or 20,000 km (Canada), whichever first occurs.
- Painting the entire car solely for paint color matching. JLR reserves the right to determine whether painting the repaired or replaced panel to match the original finish is practical. JLR will not under any circumstances pay for painting the entire car solely for paint color matching.
- Normal noises or vibration. Your vehicle is a mechanical device, and all mechanical devices make some sort of noise and/or vibration. These noises and vibrations can differ from vehicle to vehicle, and JLR recognizes those noises as normal and characteristic of the product. Normal noise and/or vibration, as well as deterioration caused by normal wear and tear, each as determined by JLR or its representative, are not covered by our New Vehicle Limited Warranty.

**Extra warranty adjustment**

Sometimes Jaguar Land Rover (JLR) may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the warranty. Check with your Land Rover retailer/authorized repairer, or contact the JLR Customer Relationship Center to determine whether any adjustment program is applicable to your vehicle. See **556, CUSTOMER ASSISTANCE**

**Please have available the following information:**

- The model and the model year of your Land Rover vehicle.
- The 17-digit Vehicle Identification Number (VIN) – located on a plate at the bottom left corner of the windshield; also shown on your vehicle's registration and insurance cards.

***Note:** JLR reserves the right to make modifications in vehicles manufactured and/or sold by them at any time without incurring any obligation to make the same or similar modifications in vehicles previously manufactured and/or sold by them.*

**CORROSION PROTECTION LIMITED WARRANTY**

**Applicability**: Vehicles originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States, Puerto Rico, and Canada.

Reference Copy

L



**Warranty statement**

Jaguar Land Rover (JLR) warrant that if any corrosion perforation occurs on the body of a Land Rover vehicle within 6 years, unlimited mileage/distance, from the date of first retail sale or the date of entry into demonstrator or company service, whichever first occurs, the panels affected by corrosion perforation will be repaired or replaced at a Land Rover retailer/ authorized repairer at no charge to the owner.

**Warranty coverage**

This warranty applies only to corrosion perforation of painted body panels or the body shell. Corrosion perforation means the corroding-through of the vehicle body from the inside to the outside.

Any part or component bolted or attached to the body, such as the suspension or exhaust systems, is not covered by the warranty because it is not part of the 'body'. These components are covered by the **New Vehicle Limited Warranty**.

**Sheet metal damage repairs**

Any automotive body shop that is repairing sheet metal damage should be instructed to apply proper anti-corrosive materials to bring those repaired areas into conformity with the original protection provided by the manufacturer. Damage caused by a failure to do so could void the Corrosion Warranty on any panels affected by the damage.

**Aftermarket corrosion-proofing**

Land Rover vehicles are protected internally with a wax-injection process. The use of aftermarket applications that contain solvents could compromise this factory coating. Claims for future corrosion perforation repairs could be denied because the factory coating had been rendered ineffectual.

**Aluminum repairs**

Land Rover vehicles employ full aluminum body panels and monocoque framework. All collision repairs must be performed by an authorized Jaguar Land Rover (JLR) Aluminum Repair Center for the Corrosion Warranty to be applicable.

**Contact your local Land Rover retailer/ authorized repairer for details, or to contact the JLR Customer Relationship Center, dial:**

- **US**: 1-800-637-6837
- **Canada**: 1-800-461-2325

**Canada only**: All collision repairs must be performed by an authorized JLR Aluminum Repair Center for the Corrosion Warranty to be applicable.

## FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - USA

Jaguar Land Rover North America, LLC (JLRNA) warrants to the original owner and each subsequent owner that the vehicle is:

- Designed, built, and equipped so as to conform with all applicable emission regulations adopted by the U.S. Environmental Protection Agency (EPA); and

Reference Copy 08/22

R



- Free from defects in materials and workmanship which would cause the vehicle to fail to conform to those emission regulations during the emission warranty period, and
- Free from defects in materials and workmanship which may cause the failure of an emission-related part identified in this manual. Defects in emission-related parts, including related diagnostic, parts, and labor costs are covered by this warranty.

The warranty period for the vehicle begins on the date of first retail sale, or on the date of entry into demonstrator or company service, whichever first occurs.

The federal emission control system warranties as applicable on your vehicle are provided in accordance with the federal Clean Air Act.

Defects in materials or workmanship in emission-related parts may also be covered under the **New Vehicle Limited Warranty Bumper-to-Bumper** coverage. In such cases, the warranty with the broadest coverage will apply.

## EMISSION DEFECT WARRANTY

**Applicability**. All vehicles, certified in accordance with the federal Clean Air Act, which were originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States or its territories, including but not limited to Puerto Rico.

**Warranty Statement**

Federal regulations require that this warranty be in effect for 2 years or 24,000 miles, whichever first occurs. Additionally, certain components identified in the **EMISSION CONTROL SYSTEM COMPONENTS** section are covered for 8 years or 80,000 miles, whichever first occurs. See **541, EMISSION CONTROL SYSTEM COMPONENTS**.

Items that require scheduled replacement are warranted up to the replacement interval as specified in the **New Vehicle Limited Warranty**.

## EMISSION PERFORMANCE WARRANTY

**Applicability**. All vehicles, certified in accordance with the federal Clean Air Act, which were originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States or its territories, including but not limited to Puerto Rico.

**Warranty Statement**

Federal regulations require that this warranty be in effect for 2 years or 24,000 miles, whichever first occurs. Additionally, certain components identified in the **EMISSION CONTROL SYSTEM COMPONENTS** section are covered for 8 years or 80,000 miles, whichever first occurs. See **541, EMISSION CONTROL SYSTEM COMPONENTS**.

Under this warranty, JLRNA will make all necessary repairs if all of the following apply:

- Your vehicle is maintained and operated in accordance with the written instructions for proper maintenance and use listed in this manual; and

Reference Only

L



- Your vehicle fails to conform to the applicable emission standards as judged by an EPA-approved emission test; and
- You are subject to a penalty or sanction (including the denial of the right to use the vehicle) under local, state, or federal law; and
- Your vehicle has not been tampered with, misused, or abused.

## FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - CANADA

Jaguar Land Rover Canada (JLRC) warrants to the original owner and each subsequent owner that the vehicle is:

- Designed, built, and equipped so as to conform with all applicable emission regulations adopted by Environment and Climate Change Canada (ECCC); and
- Free from defects in materials and workmanship which would cause the vehicle to fail to conform to those emission regulations during the emission warranty period; and
- Free from defects in materials and workmanship which may cause the failure of an emission-related part identified in this manual. Defects in emission-related parts, including related diagnostic, parts, and labor costs are covered by this warranty.

The warranty period for the vehicle begins on the date of first retail sale, or on the date of entry into demonstrator or company service, whichever first occurs.

The federal emission control system warranties as applicable on your vehicle are provided in accordance with the Canadian Environmental Protection Act. Defects in materials or workmanship in emission-related parts may also be covered under the **New Vehicle Limited Warranty Bumper-to-Bumper** coverage. In such cases, the warranty with the broadest coverage will apply.

### EMISSION DEFECT WARRANTY

**Applicability**: All vehicles, certified in accordance with the Canadian Environmental Protection Act, which were originally specified and built by Jaguar Land Rover Limited for, and registered in, Canada or its territories.

**Warranty Statement**

Federal regulations require that this warranty be in effect for 2 years or 40,000 km, whichever first occurs. Additionally, certain components identified in the **EMISSION CONTROL SYSTEM COMPONENTS** section are covered for 8 years or 130,000 km, whichever first occurs. See **541, EMISSION CONTROL SYSTEM COMPONENTS.**

Items that require scheduled replacement are warranted up to the replacement interval as specified in the **New Vehicle Limited Warranty**.

### EMISSION PERFORMANCE WARRANTY

**Applicability**: All vehicles, certified in accordance with the Canadian Environmental Protection Act, which were originally specified and built by Jaguar Land Rover Limited for, and registered in, Canada or its territories.

R



**Warranty Statement**

Federal regulations require that this warranty be in effect for 2 years or 40,000 km, whichever first occurs. Additionally, certain components identified in the **EMISSION CONTROL SYSTEM COMPONENTS** section are covered for 8 years or 130,000 km, whichever first occurs.

Under this warranty, JLRC will make all necessary repairs if all of the following apply:

- Your vehicle is maintained and operated in accordance with the written instructions for proper maintenance and use listed in this manual; and
- Your vehicle fails to conform to the applicable emission standards as judged by an ECCC-approved emission test; and
- You are subject to a penalty or sanction (including the denial of the right to use the vehicle) under local, provincial, or federal law; and
- Your vehicle has not been tampered with, misused, or abused.

## CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES

Jaguar Land Rover North America, LLC (JLRNA) warrants to the original owner and each subsequent owner that the vehicle is:

- Designed, built, and equipped so as to conform with all applicable emission regulations adopted by the California Air Resources Board; and
- Free from defects in materials and workmanship which would cause the vehicle to fail to conform to those emission regulations during the emission warranty period; and
- Free from defects in materials and workmanship which may cause the failure of an emission-related part identified in this manual. Defects in emission-related parts, including related diagnostic, parts, and labor costs are covered by this warranty.

The warranty period for the vehicle begins on the date of first retail sale, or on the date of entry into demonstrator or company service, whichever first occurs.

In addition to the **FEDERAL EMISSION CONTROL SYSTEM WARRANTIES**, the **CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES** are applicable to vehicles that are registered in California, Colorado, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, or Washington.

The federal and California emission control system warranties as applicable on your vehicle are provided in accordance with the U.S. Clean Air Act.

Defects in materials or workmanship in emission-related parts may also be covered under the **New Vehicle Limited Warranty Bumper-to-Bumper** coverage. In such cases, the warranty with the broadest coverage will apply.

L

## Passport to Service

### CALIFORNIA EMISSION CONTROL SYSTEM WARRANTY STATEMENT YOUR WARRANTY RIGHTS AND OBLIGATIONS

The California Air Resources Board and Jaguar Land Rover North America, LLC (JLRNA) are pleased to explain the emission control system warranty on your 2023 model year vehicle. In California, new motor vehicles must be designed, manufactured and equipped to meet the State's stringent anti-smog standards.

JLRNA must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect, or improper maintenance of your vehicle.

Your emission control system may include parts such as the carburetor or fuel injection system, the ignition system, catalytic convertor, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, JLRNA will repair your vehicle at no cost to you including diagnosis, parts and labor.

### MANUFACTURER'S WARRANTY COVERAGE

**For 3 years or 50,000 miles, whichever first occurs**

- If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by JLRNA to ensure that your vehicle passes the inspection.
  This is your emission control system **PERFORMANCE WARRANTY**.
- If any emission-related part on your vehicle is defective, the part will be repaired or replaced by JLRNA.
  This is your short-term emission control system **DEFECTS WARRANTY**.

**For 7 years or 70,000 miles, whichever first occurs**

- If an emission-related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by JLRNA.
  This is your long-term emission control system **DEFECTS WARRANTY**.

**For 15 years or 150,000 miles, whichever first occurs**

- **Note:** *This warranty is applicable only on Plug-in Hybrid Electric Vehicle (PHEV) models registered in California, Colorado, Connecticut, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, or Vermont.*

Reference Copy 2022

R



- The **PERFORMANCE WARRANTY** and the **DEFECTS WARRANTY**, which are described above, are extended to 15 years or 150,000 miles, whichever first occurs, except the high voltage battery, which is extended to 10 years or 150,000 miles, whichever first occurs.

### OWNER'S WARRANTY RESPONSIBILITIES

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your owner's manual. JLRNA recommends that you retain all receipts covering maintenance of your vehicle, but JLRNA cannot deny warranty coverage solely for the lack of receipts or for your failure to make sure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a JLRNA dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that JLRNA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities you should contact the JLRNA Customer Relationship Center at 1-800-452-4827 for Jaguar vehicles, or 1-800-637-6837 for Land Rover vehicles, or the California Air Resource Board at 9528 Telstar Avenue, El Monte, CA 91731.

**California maintenance schedules**

There are maintenance schedules and parts replacement intervals for California specification vehicles that are considered the minimum requirement. Any part scheduled for replacement at a scheduled maintenance interval is covered only up to that scheduled maintenance interval. The service and replacement intervals for these items are indicated in the maintenance schedules in the Owner's Handbook and Passport to Service maintenance section.

## EMISSION CONTROL SYSTEM COMPONENTS

This **EMISSION CONTROL SYSTEM COMPONENTS** section describes all emission-related parts and systems applicable to warranties described in the following sections:

- **FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - USA.** See **536, FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - USA.**
- **FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - CANADA.** See **538, FEDERAL EMISSION CONTROL SYSTEM WARRANTIES - CANADA.**
- **CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES.** See **539, CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES.**

Your vehicle may not be equipped with certain components appearing in this section.

L

## Passport to Service

**Air induction system**
- Intake manifold
- Supercharger assembly
- Supercharger bypass actuator
- Supercharger electric bypass shut-off valve
- Supercharger intercooler
- Supercharger intercooler pump
- Supercharger intercooler radiator
- Turbocharger assembly
- Turbocharger intercooler

**Exhaust system**
- Catalytic convertor[1,3]
- Exhaust manifold
- Exhaust pipe (manifold to catalytic converter)

**Ignition system**
- Ignition coil
- Spark plug

**Positive Crankcase Ventilation (PCV) system**
- Oil filler cap
- Oil separator
- Positive Crankcase Ventilation (PCV) valve

**Powertrain control system**
- Engine/powertrain control module[1,2]
- Engine/powertrain control module direct input and direct output devices
- Malfunction Indicator Lamp (MIL)[,4]
- Transmission Control Module (TCM)[1,2,7]
- Variable valve lift unit
- Variable valve timing solenoid
- Variable valve timing unit

**Evaporative control system**
- Fuel filler cap
- Fuel tank
- Fuel tank filler pipe/hose assembly
- Fuel tank leak detection assembly
- Fuel vapor purge valve
- Fuel vapor storage canister assembly

**Fuel delivery system**
- Fuel injector
- Fuel injector supply manifold
- Fuel pump control module
- High pressure fuel pump assembly
- In-tank fuel pump assembly
- In-tank fuel sender and float(s) assembly
- Throttle body assembly

**Braking control system**
- Anti-lock Braking System (ABS) control module[2,5]

Reference Co 25/08/22

**Mild Hybrid Electric Vehicle (MHEV) system**

- 48 volt battery assembly
- 48 volt cables
- 48 volt junction box
- Battery Energy Control Module (BECM)[1,2,6]
- Belt Integrated Starter Generator (BISG)[1,2]
- DC/DC converter
- DC/DC converter fan

**Plug-in Hybrid Electric Vehicle (PHEV) system**

- Automatic Temperature Control Module (ATCM)
- Auxiliary battery (12 volt)
- Battery Charger Control Module (BCCM)
- Battery Energy Control Module (BECM)[1,2,6]
- Brake Booster Module (BBM)
- Charge port and wire harness assembly
- Cooling fan(s)
- Electric Air Conditioning (A/C) compressor
- Electric Power Inverter Converter (EPIC)[1,2]
- EPIC coolant pump
- High voltage battery assembly
- High voltage battery coolant expansion tank
- High voltage battery coolant pump
- High voltage battery cooler
- High voltage battery heater
- High voltage battery isolation valve
- High voltage battery radiator
- High voltage cables
- High voltage junction box
- High voltage manual service disconnect
- Motor generator and transmission assembly
- Motor generator coolant pump

Reference Copy 23MS/22

L

## Passport to Service

**Miscellaneous parts**

- Thermostat
- Adaptors, bolts, boots, brackets, bushings, clamps, clips, connectors, couplings, covers, ducting, fasteners, filters, flanges, gaskets, grommets, hoses, insulators, labels, pipes, seals, shields, sleeves, spacers, straps, tubing and wiring used with the systems or parts listed above.

Reference Copy 23/08/22

R



**Emission Control System Components Warranted for 7 years or 70,000 miles, whichever first occurs**

The following table identifies parts covered under the long-term emission control system **DEFECTS WARRANTY** described in the **CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES** section.

A part listed in the following table and identified with a check mark under a specific engine type is covered for 7 years or 70,000 miles, whichever first occurs.

| Range Rover<br>Parts covered under the long-term emission control **DEFECTS WARRANTY** described in the<br>**CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES** section[8] | | | |
|---|---|---|---|
| **Part name** | **3.0L I-6 (MHEV)** | **3.0L I-6 (PHEV)**[10] | **4.4L V8** |
| Ambient air temperature sensor[9] | ✓ | ✓ | ✓ |
| Charge air cooler | ✓ | ✓ | ✓ |
| Charge air cooler pump | ✓ | ✓ | ✓ |
| Charge air cooler radiator | | | ✓ |
| Exhaust manifold | | | ✓ |
| Fuel injector | ✓ | ✓ | ✓ |
| Fuel injector supply manifold | ✓ | ✓ | ✓ |
| Fuel tank | ✓ | ✓ | ✓ |
| Fuel tank filler pipe/hose assembly | ✓ | ✓ | ✓ |
| Fuel vapor storage canister assembly | ✓ | ✓ | ✓ |
| High pressure fuel pump assembly | ✓ | ✓ | ✓ |
| Intake manifold | ✓ | ✓ | ✓ |
| In-tank fuel pump assembly | ✓ | ✓ | ✓ |
| In-tank fuel sender & float(s) assembly | ✓ | ✓ | ✓ |
| Knock sensor (middle) | ✓ | ✓ | |

Reference Copy 28/08/22

L

## Passport to Service

| Range Rover<br>Parts covered under the long-term emission control DEFECTS WARRANTY described in the<br>CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES section[9] | | | |
|---|---|---|---|
| Part name | 3.0L I-6 (MHEV) | 3.0L I-6 (PHEV)[10] | 4.4L V8 |
| MHEV 48 volt battery | ✓ | | |
| MHEV 48 volt cables | ✓ | | |
| MHEV 48 volt junction box | ✓ | | |
| MHEV DC/DC converter | ✓ | | |
| MHEV/PHEV supercharger electric bypass shut-off valve | ✓ | ✓ | |
| Oil separator | | | ✓ |
| Oil temperature sensor | | | ✓ |
| Oxygen sensor | | | ✓ |
| PHEV Battery Charger Control Module (BCCM) | | ✓ | |
| PHEV Brake Booster Module (BBM) | | ✓ | |
| PHEV charge port & wire harness assembly | | ✓ | |
| PHEV main cooling fan | | ✓ | |
| PHEV electric A/C compressor | | ✓ | |
| PHEV high voltage battery assembly | | ✓ | |
| PHEV high voltage battery cooler | | ✓ | |
| PHEV high voltage battery cable(s) | | ✓ | |
| PHEV high voltage junction box | | ✓ | |
| PHEV motor generator & transmission assembly | | ✓ | |
| Supercharger assembly | ✓ | ✓ | |

Reference Copy 23/08/22

| Range Rover<br>Parts covered under the long-term emission control DEFECTS WARRANTY described in the<br>CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES section[8] | | | |
|---|---|---|---|
| **Part name** | **3.0L I-6 (MHEV)** | **3.0L I-6 (PHEV)[10]** | **4.4L V8** |
| Supercharger bypass actuator | ✓ | ✓ | |
| Thermostat | ✓ | ✓ | ✓ |
| Throttle body assembly | ✓ | ✓ | ✓ |
| Turbocharger assembly | ✓ | ✓ | ✓ |
| Turbocharger electric wastegate valve | | | ✓ |
| Turbocharger pressure relief valve | | | ✓ |
| Variable valve lift unit | ✓ | ✓ | ✓ |
| Variable valve timing solenoid | | | ✓ |
| Variable valve timing unit | ✓ | ✓ | ✓ |

[1] Parts covered for 8 years or 80,000 miles (US), or 8 years or 130,000 km (Canada), whichever first occurs.

[2] Includes hardware, software, and/or calibration.

[3] Includes the downpipe where integral to the catalytic converter assembly.

[4] Includes the instrument panel where the MIL is not a separately serviceable part.

[5] Covered for 8 years or 80,000 miles (US), or 8 years or 130,000 km (Canada), whichever first occurs. Includes Hydraulic Control Unit (HCU) where Anti-Lock Brake System (ABS) Control Module is not a separately serviceable part.

[6] Includes high voltage battery where Battery Energy Control Module (BECM) is not a separately serviceable part.

[7] Includes the transmission control valve assembly where the Transmission Control Module (TCM) is not a separately serviceable part.

[8] Includes the category of **Miscellaneous parts**, as identified in this section, which are associated with the repair or replacement of the parts listed in the table.

[9] Includes left side external mirror assembly where ambient temperature sensor is not a serviceable part.

Reference Copy 23/08/22

L



[10] Applicable only for PHEV models registered in the following states: Delaware, Pennsylvania, or Washington For PHEV models registered in California, Colorado, Connecticut, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, or Vermont, refer to the **MANUFACTURER'S WARRANTY COVERAGE** under the **CALIFORNIA CONTROL SYSTEMS WARRANTIES** section. See **539, CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES.**

## GUIDELINES APPLICABLE TO WARRANTIES

### US MILITARY SALES OVERSEAS DELIVERY VEHICLES WARRANTY PERIOD (U.S. only)

Overseas delivery vehicles obtained through the U.S. Military Sales Overseas Delivery Program that have been manufactured to U.S. specifications are entitled to all applicable Land Rover warranties as detailed in this handbook. Warranty coverage begins on the retail delivery date.

### MILITARY SALES OVERSEAS DELIVERY VEHICLES WARRANTY PERIOD (Canada only)

Overseas delivery vehicles obtained through the Military Sales Overseas Delivery Program that have been manufactured to Canada specifications are entitled to all applicable Land Rover warranties as detailed in this handbook. Warranty coverage begins on the retail delivery.

### OWNER'S RESPONSIBILITIES

**Note:** *All warranties except for the corrosion protection limited warranty.*

It is the owner's responsibility to follow the recommended Land Rover maintenance schedule. See **558, MAINTENANCE AND SERVICE.**

Subsequent maintenance must be carried out at intervals not to exceed the recommended distance or months, whichever occurs first.

Should the vehicle have a high proportion of short journeys or operate in severe conditions, Jaguar Land Rover (JLR) recommends that the maintenance procedures be performed at intervals not to exceed 6 months.

It is perfectly normal for the vehicle to consume some engine oil during normal use. It is the owner's responsibility to ensure that the engine oil is maintained at the proper level in between the scheduled maintenance intervals. Additionally, more frequent checks of under hood fluids and tire pressures can help minimize your chance of being inconvenienced while on the road, and may extend the life of certain wear and tear components. Land Rover retailer/authorized repairers may offer supplemental maintenance services as a convenience to those owners who do not wish to perform these services themselves.

JLR recommends that the owner maintains a record of when and where each scheduled maintenance service was performed. JLR may request proof that the required scheduled maintenance service has been performed at the correct time.

R



Scheduled maintenance may be performed by any service agency that is in the business of servicing this type of vehicle. The vehicle owner may also perform the maintenance; however, he may be required to show that the proper parts were used and that he was able to perform the maintenance correctly.

Improper maintenance performed by anyone other than a Land Rover retailer/authorized repairer that results in repair costs during the warranty period are the responsibility of the vehicle owner.

The instructions in this publication specify that certain service parts are to be replaced at recommended intervals. These replacement parts are not covered by any vehicle emission warranty at any time unless the service part is shown to be defective during the warranty period.

It is the owner's responsibility to use only fuel which is specified in the Owner's Handbook.

The use of leaded or alternative fuels could adversely affect the emission control system, causing the vehicle to fail an emission test, and may cause other vehicle running concerns. Subsequent repairs are the responsibility of the owner. Consult a Land Rover retailer/authorized repairer as to when alternative fuel blends may be used, and the limitations involved.

All receipts covering maintenance work should be transferred to the new owner if the vehicle is sold.

## WHO MAY PERFORM WARRANTY WORK

In order to have work carried out under warranty, you must adhere to the following guidelines:

## NEW VEHICLE LIMITED WARRANTY AND EMISSION CONTROL SYSTEM WARRANTIES

Only a Land Rover retailer/authorized repairer may perform repairs, adjustment and replacement of parts under the Land Rover **New Vehicle Limited Warranty and Emission Control System Warranties**. In an emergency situation, when no Land Rover retailer/authorized repairer is available and it is not possible to get the vehicle to a retailer/authorized repairer, necessary repairs effected by any available service establishment may be covered by the warranty.

The owner is entitled to reimbursement for emergency repairs to items covered under this warranty, but the reimbursement is not to exceed the manufacturer's suggested retail price for all warranted parts replaced, labor charges based on the manufacturer's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented at a Land Rover retailer/authorized repairer as a condition of reimbursement for emergency repairs not performed at a Land Rover retailer/authorized repairer.

## CORROSION PROTECTION LIMITED WARRANTY

Only a Land Rover retailer/authorized repairer may perform repairs and replacement of parts under the Land Rover **Corrosion Protection Limited Warranty**

L



### EMISSION CONTROL SYSTEM WARRANTIES

Repair to, or replacement of, any emission control system part found to be defective and covered by a Land Rover warranty will be performed by a Land Rover retailer/ authorized repairer at his place of business at no charge to the owner for labor (including diagnosis) and parts.

The owner may elect to have maintenance, replacement, or repair of the emission control system performed by any automobile repair establishment or individual. The owner may elect to use parts other than Land Rover-approved service or re-manufactured parts without invalidating this warranty; however, the cost of such service and parts will not be covered under the warranty.

While it is preferable that emission control system maintenance and repair work be performed by a Land Rover retailer/ authorized repairer, the validity of Land Rover emission warranties does not depend on it. Maintenance, replacement, or repair of emission control devices and systems may be performed by any automotive repair establishment or individual, using a certified part. While JLR recommends using approved parts, the validity of the warranty does not depend on the use of any particular brand of replacement parts.

### REPLACEMENT EMISSION PARTS

The Land Rover emission control system was designed, built, tested and certified using genuine Land Rover parts, and the vehicle is certified by the manufacturer as being in conformity with Environmental Protection Agency and/or California Air Resources Board, and Environment and Climate Change Canada emission control regulations. It is recommended that any replacement parts used for maintenance, repair, or replacement be JLR-approved service or re-manufactured parts.

The use of replacement parts that are not of equivalent quality may impair the effectiveness of the emission control system. An owner using such parts should make sure that they are warranted by the manufacturer to be equivalent to genuine Land Rover parts in performance and durability.

The use of non-Land Rover-approved parts does not automatically invalidate the warranty. However, such parts are not covered under the warranty unless the non-Land Rover part is damaged by a Land Rover-approved service or re-manufactured part.

### CONDITIONS FOR ACCEPTANCE OF EMISSION CONTROL SYSTEM WARRANTY LIABILITY

JLR will not deny warranty liability resulting from:

- Properly installed, certified parts used in maintenance or repairs.
- Any cause attributable to the manufacturer.
- Warranty or pre-delivery work performed by the selling retailer/ authorized repairer (or by any other authorized service facility).

R



Nor will JLR deny such coverage because of work performed in an emergency situation to rectify an unsafe condition (including an unsafe driveability condition) attributable to the manufacturer if the owner has taken timely steps to put the vehicle back in proper operating condition.

JLR will not reject any claim because of the use of an uncertified or unapproved part, or for noncompliance with any maintenance instruction, unless this action has caused the vehicle to fail to comply with emission standards.

**WARRANTY COVERAGE FOR ALTERED OR CONVERTED VEHICLES**

All Land Rover vehicles incorporating alterations or conversions outside of Land Rover authorized programs will continue to carry the JLR warranty only on those areas of the vehicle that are not affected by the alteration or conversion.

Reference Copy 23/08/22

L



**A Word from Your Retailer/Authorized Repairer About the Emission Control Equipment on Your New Vehicle (U.S. only)**

1. Based upon written notification furnished by the manufacturer, we have knowledge that this vehicle is covered by an Environmental Protection Agency (EPA) Certificate of Conformity.
2. We have made a visual inspection limited to those emission control devices or portions thereof which are visible without removal or adjustment of any component or system of the vehicle, whether emissions-related or otherwise. Based on such visual inspection, there are no apparent deficiencies in the installation of emission control devices by the manufacturer.
   ('Emissions control device' is limited to all devices installed on a vehicle for the sole or primary purpose of controlling vehicle emissions which were not in general use prior to 1968.)
3. We have performed all emission control system preparation required by the manufacturer prior to the sale of the vehicle, as set forth in the current pre-delivery service manual provided by the manufacturer.
4. Except as may be provided in Paragraph 5 below, if this vehicle fails an EPA-approved emission test prior to the expiration of 3 months or 4,000 miles, whichever first occurs from the date or mileage at the time of delivery to the ultimate purchaser, and the vehicle has been maintained and used in accordance with the written instructions for proper maintenance and use, then the vehicle manufacturer shall remedy the nonconformity free of charge to the vehicle owner under the terms of the manufacturer's emission performance warranty.
5. If the vehicle with which this statement is delivered was placed in service as a demonstrator or company car prior to delivery, the manufacturer's emission performance warranty period commenced on the date the vehicle was first placed in service.
   Demonstrator vehicles or company cars will be identified as such on page ii of this booklet, where the date of entry into service is recorded.

***Note:*** *The retailer/authorized repairer makes no representation or warranty that the emission control system or any part thereof is without defect nor that the system will perform properly.*
*The manufacturer's emission performance warranty referred to above furnished with this vehicle is solely that of the manufacturer.*

This statement is required by section 207 of the Clean Air Act (42 U.S.C. 7541) and the EPA regulations issued thereunder.

## OBTAINING WARRANTY REPAIRS

Refer to the following guidelines in order to obtain a warranty repair.

**New vehicle limited warranty, and corrosion protection limited warranty**

To obtain repairs, replacements, service adjustments or wear parts replacement under your limited warranty, you must present your vehicle to a Jaguar Land Rover (JLR) retailer/authorized repairer (unless it is an 'emergency repair' as defined in the topic **New vehicle limited warranty**), within the applicable warranty period and request the warranty service you would like to receive. When making warranty repairs, the retailer/authorized repairer will use approved Land Rover parts, re-manufactured parts approved by JLR or other parts authorized by JLR.

**Federal emission control system warranties**

A warranty claim made under either the Emission Design and Defect Warranty or the Emission Performance Warranty may be submitted by bringing the Land Rover vehicle to any a Land Rover retailer/authorized repairer or to any facility authorized by JLR to perform such work or service. If the emission warranty claim is accepted, it will be the obligation of JLR to make all adjustments, repairs or replacements needed to ensure that the vehicle complies with applicable Environmental Protection Agency (EPA) or Environment and Climate Change Canada emission standards, and that the vehicle will continue to comply and operate safely throughout the warranty period (provided the Land Rover vehicle is properly maintained and operated).

The warranty work required will be performed at the expense of JLR only if the repairs are performed by a Land Rover retailer/authorized repairer or by any facility authorized by JLR to perform such work or service.

Most Land Rover retailer/authorized repairers will be able to inform owners promptly as to whether a claim under either vehicle emission warranty is covered. If the retailer/authorized repairer informs the owner that an emission warranty claim is not covered, the claim will be sent to JLR for a final determination.

JLR must render a final decision within 30 days of the date the vehicle was presented to a Land Rover retailer/authorized repairer or facility for emission related repair, or within the time period set by local, provincial, state or federal law for vehicle repairs to be completed without incurring further penalties or sanctions, whichever period is shorter. However, this time period may be extended if the owner requests a delay, or if an event occurs that is not attributable to JLR, or to the authorized repair facility.

If JLR agrees that the claim is not valid, a written explanation of the reasons why the claim is being denied will be provided.

If, under the Emission Performance Warranty only, a final determination is not received during the required time period, and the failure is not attributable to the owner/operator or to events that are beyond the control of the repair facility and JLR, JLR will be responsible for repairing the Land Rover vehicle's emission control system free of charge.

L



Similarly, if, under the Emission Performance Warranty only, the authorized repair facility is unable (for reasons not attributable to the owner/operator or to events that are beyond the control of the repair facility and JLR) to repair the Land Rover vehicle within the required time period, the owner shall be entitled to have the warranty remedy performed at the expense of JLR by any repair facility of the owner's choosing.

If the Land Rover vehicle must be tested, or other procedures must be performed to determine that the emission claim is valid, JLR must pay those expenses. However, if it is determined that there is reason to reject the claim, these expenses are the responsibility of the vehicle owner.

Further information concerning the vehicle emission control system warranties may be obtained by contacting the Jaguar Land Rover Customer Relationship Center. See **556, CUSTOMER ASSISTANCE**.

Information may also be obtained and violations of warranty terms may be reported by contacting:

**USA**: Environmental Protection Agency (The EPA)

**Canada**: Environment and Climate Change Canada

**California emission control system warranties**

A warranty claim made under either the Emission Defect Warranty or the Emission Performance Warranty may be submitted by bringing the Land Rover vehicle to any Land Rover retailer/authorized repairer or to any facility authorized by Jaguar Land Rover North America, LLC (JLRNA) to perform such work or service. If the emission warranty claim is accepted, it will be the obligation of JLRNA to make all adjustments, repairs or replacements needed to ensure that the vehicle complies with applicable California Air Resources Board (CARB) and Environmental Protection Agency (EPA) emission standards, and that the vehicle will continue to comply and operate safely throughout the warranty period (provided the Land Rover vehicle is properly maintained and operated).

The warranty work required will be performed at the expense of JLRNA only if the repairs are performed by a Land Rover retailer/authorized repairer or by any facility authorized by JLRNA to perform such work or service.

**California smog check test**

If a Land Rover vehicle fails a smog check test, all necessary repairs and adjustments will be made by a Land Rover retailer/authorized repairer to ensure that your vehicle passes the inspection. The warranty work required will be performed at the expense of JLRNA only if the repairs are performed by a Land Rover retailer/authorized repairer or by another facility authorized by JLRNA to perform such work.

Reference Copy 2022

R



Most Land Rover retailer/authorized repairers will be able to inform owners promptly as to whether a claim under either vehicle emission warranty is covered.

If the retailer/authorized repairer informs the owner that an emission warranty claim is not covered, the claim can be sent to JLRNA for a final determination. JLRNA must render a final decision within 30 days of the date the vehicle was presented to a Land Rover retailer/authorized repairer or facility for emission related repair, or within the time period set by local, state or federal law for vehicle repairs to be completed without incurring further penalties or sanctions, whichever period is shorter. However, this time period may be extended if the owner requests a delay, or if an event occurs that is not attributable to JLRNA or to the authorized repair facility.

If JLRNA agrees that the claim is not valid, a written explanation of the reasons why the claim is being denied will be provided.

If, under the Emission Performance Warranty only, a final determination is not received during the required time period, and the failure is not attributable to the owner/operator or to events that are beyond the control of the repair facility and JLRNA, JLRNA will be responsible for repairing the Land Rover vehicle's emission control system free of charge.

Similarly, if, under the Emission Performance Warranty only, the authorized repair facility is unable (for reasons not attributable to the owner / operator or to events that are beyond the control of the repair facility and JLRNA) to repair the Land Rover vehicle within the required time period, the owner shall be entitled to have the warranty remedy performed at the expense of JLRNA by any repair facility of the owner's choosing.

If the Land Rover vehicle must be tested, or other procedures must be performed to determine that the emission claim is valid, JLRNA must pay those expenses. However, if it is determined that there is reason to reject the claim, these expenses are the responsibility of the vehicle owner.

Further information concerning the vehicle emission warranties may be obtained by contacting the Jaguar Land Rover Customer Relationship Center. See 556, **CUSTOMER ASSISTANCE**.

Information may also be obtained and violations of warranty terms may be reported by contacting the EPA and/or CARB at the following addresses:

Director, Certification and Compliance Division (6405-J)

Environmental Protection Agency

1200 Pennsylvania Avenue N.W.

Washington, DC 20460

Or:

State of California Air Resources Board

Mobile Source Operations Division

9528 Telstar Avenue

El Monte, CA 91731

Reference Copy

L

## Passport to Service

### CUSTOMER ASSISTANCE

#### JAGUAR LAND ROVER CUSTOMER RELATIONSHIP CENTER

**If you are dissatisfied with warranty repairs performed on your vehicle, the following steps should be taken to address your concerns:**

- Discuss your concern with the retailer/authorized repairer's Service Manager and, if necessary, the owner or General Manager/Center Manager of the Land Rover retailer/authorized repairer.
- If the retailer/authorized repairer cannot resolve the concern to your satisfaction, you may contact the Jaguar Land Rover Customer Relationship Center using one of the following options:

**Write to:**

- **US:**
  Jaguar Land Rover North America, LLC
  Customer Relationship Center
  100 Jaguar Land Rover Way
  Mahwah
  New Jersey 07495
- **Canada:**
  Jaguar Land Rover Canada ULC
  Customer Relationship Center
  75 Courtneypark Drive West, Unit 3
  Mississauga
  Ontario L5W 0E3

**Telephone:**

- **US:** 1-800-637-6837
- **Canada:** 1-800-461-2325
- Mon. - Fri., 7:00 am – 9:00 pm Eastern
  Sat., 9:00 am – 6:00 pm Eastern

**Contacting the US customer relationship center via email:**

1. Visit the Land Rover website at: **www.landroverusa.com.**
2. Select the **OWNERSHIP** tab.
3. Select **CONTACT US.**
4. Search and Open the **EMAIL** tab.
5. Select **CONTACT US.**
6. From the displayed options, select the **CUSTOMER RELATIONSHIP CENTER.**
7. Complete and return the customer service form.

**Contacting Canada customer relationship center via email:**

1. Visit the Land Rover website at: **www.landrover.ca.**
2. Select the **OWNERS** tab.
3. Select **CONTACT US.**
4. Select **Email Land Rover.**
5. Complete and return the customer service form.

When contacting JLR by telephone, a Jaguar Land Rover Customer Relationship Center Representative will answer your call and attempt to resolve your concern.

In order to expedite resolution of your concern, please provide the Jaguar Land Rover Customer Relationship Center Representative with the following information:

- The model and model year of your Land Rover vehicle
- The 17-digit Vehicle Identification Number (VIN), located on a plate at the bottom left corner of the windshield. The VIN is also shown on your vehicle's registration and insurance cards.
- Approximate mileage/odometer reading.
- The servicing retailer/authorized repairer's name and address.

Reference Copy 3/8/22

R



- Brief details of the concern.

## LAND ROVER ROADSIDE ASSISTANCE PROGRAM

As part of Jaguar Land Rover (JLR)'s commitment to a pleasurable driving experience, the Land Rover Roadside Assistance Program is furnished at no additional cost to you for the term of your New Vehicle Limited Warranty.

The Land Rover Roadside Assistance Program is only available to vehicles with the **New Vehicle Limited Warranty**. See **528, SUMMARY OF WARRANTIES**.

If your **New Vehicle Limited Warranty** is canceled or voided for any reason (including, but not limited to, modification or alteration to the vehicle, or if the vehicle's title is reported as dismantled, fire, flood, junk, rebuilt, reconstructed, salvaged, totaled, or stolen) your Land Rover Roadside Assistance Program privileges and services detailed herein are also canceled and voided.

The Land Rover Roadside Assistance Program is only available to vehicles with the **New Vehicle Limited Warranty**.

The benefits detailed here are available 24 hours a day, 365 days a year, through our toll-free telephone number. For Roadside Assistance dial:

- **US**: 1-800-637-6837
- **Canada**: 1-800-461-2325

The Land Rover Roadside Assistance Program offers the following benefits:

- **24-hour emergency towing**: In the event of a warranty-related disablement involving your Land Rover vehicle that renders the vehicle inoperative, Land Rover Roadside Assistance will arrange to transport your vehicle to the nearest Land Rover retailer/authorized repairer. This service will be provided throughout the U.S., Canada and Puerto Rico at no cost to you. Your vehicle must be accessible to our dispatched transport facility (as determined by our facility) to receive this service.
- **24-hour roadside assistance**: Should you accidentally run out of fuel, require a battery jump, or need help in changing a flat tire, Land Rover Roadside Assistance will dispatch assistance to deliver a small quantity of gas, change a flat tire with your inflated spare, or arrange a battery jump to allow you to proceed to your destination.
- **Trip interruption benefits**: Trip interruption benefits are provided in the event of a warranty-related disablement that occurs more than 50 miles (80 km) from your primary residence. Reasonable reimbursement for meals, lodging and alternate transportation expenses are included unless you have already reached your final destination.

  **Note:** *Reimbursement for meals and lodging is not extended if you have already reached your final destination.* Original receipts must be provided for your reimbursement to be processed.

L



Items such as entertainment, non-essential goods and services, rental vehicle drop-off fees, expenses and claims paid by your insurance company or other provider, and insurance deductibles are not eligible for reimbursement.

- **Land Rover retailer/authorized repairer locator service.** Land Rover Roadside Assistance will provide owners with the location and phone number of the nearest Land Rover retailer/authorized repairer. When traveling, this will enable you to locate Land Rover authorized parts and service via a simple toll-free call from anywhere in the United States or Canada.

**Using Land Rover Roadside Assistance**

If your Land Rover vehicle becomes disabled while in operation, proceed as follows:

- To call the 24-hour toll-free Roadside Assistance Line dial:
  - **US**: 1-800-637-6837
  - **Canada**: 1-800-461-2325
- Provide the Land Rover Roadside Assistance representative with the following information:
  - Your name.
  - The 17-digit Vehicle Identification Number (VIN). The VIN appears on your insurance card, and on the plate located at the bottom left of the vehicle windshield.
  - The current mileage/odometer reading of your Land Rover vehicle.
  - The vehicle location.
  - A telephone number where you can be reached.
  - A brief description of the problem.

The Land Rover Roadside Assistance representative will work with you to find the best solution to the problem. If it is safe to do so, it is recommended that you remain with the vehicle until assistance arrives.

**Exceptions**

The Land Rover Roadside Assistance program does NOT cover the following:

- Land Rover rental fleet vehicles.
- Disablement caused by vandalism.
- Disablements caused by accidents.

## MAINTENANCE AND SERVICE

### MAINTENANCE SERVICE RECOMMENDATIONS

Climatic and operating conditions affect maintenance requirements to a large extent. Therefore, we recommend that you contact a Land Rover retailer/authorized repairer about the determination of maintenance intervals.

Vehicles operating under arduous conditions, e.g., frequent short trips, off-road use, trailer towing and frequent starts below freezing, will require more frequent servicing. Under these circumstances, the maintenance intervals should be cut in half.

Performance of recommended maintenance is not required to retain eligibility for the emission warranty or manufacturer recalls.

R



SERVICE REQUIREMENTS

Routine services must be carried out throughout the life of the vehicle. All vehicles have a service interval indicator in the instrument panel. When a service is required, **SERVICE** is displayed in the instrument panel when the engine Start/Stop button is pressed.

**SERVICE** is displayed in the instrument panel. The instrument panel also displays when the next service is due, based on actual time or distance traveled (whichever occurs first).

On completion of a service, the instrument panel countdown feature will be reset.

Service schedules for arduous operating conditions (routine stop and go driving, extreme temperatures, dusty conditions, off-road driving, and/or frequent trailer towing) are not displayed in the instrument panel.

MAINTENANCE CHECKLIST

| Range Rover 3.0L Mild Hybrid Electric Vehicle (MHEV) | | | | | |
|---|---|---|---|---|---|
| **Service** | **1** | **2** | **3** | **4** | **5** |
| **Interval: Miles x 1000** | **21** | **42** | **63** | **84** | **84** |
| **Interval: Km x 1000** | **34** | **68** | **102** | **136** | **170** |
| **Interval: Years** | **2** | **4** | **6** | **8** | **10** |
| Check for and complete all open **Recalls and Service Actions** | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform vehicle inspection checks | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace interior cabin air filter element | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace battery housing intake filter | | | ✓ | | |
| Replace engine oil and filter | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace engine air cleaner element | | ✓ | | ✓ | |
| Replace exterior cabin air filter element | ✓ | ✓ | ✓ | ✓ | ✓ |
| Clean exterior air pollution quality sensor filter (if fitted) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace spark plugs | | | ✓ | | |
| Replace brake fluid | ✓ | ✓ | | ✓ | ✓ |
| Replace front accessory drive belt | | | ✓ | | |
| Replace engine coolant | | | | | ✓ |
| Replace transmission fluid | | | | | ✓ |

Reference Copy 23/08/22

## Passport to Service

| Range Rover 3.0L Mild Hybrid Electric Vehicle (MHEV) | | | | | |
|---|---|---|---|---|---|
| **Service** | **1** | **2** | **3** | **4** | **5** |
| **Interval: Miles x 1000** | **21** | **42** | **63** | **84** | **84** |
| **Interval: Km x 1000** | **34** | **68** | **102** | **136** | **170** |
| **Interval: Years** | **2** | **4** | **6** | **8** | **10** |
| Replace transfer case oil | | | | | ✓ |
| Replace rear differential oil | | | | | ✓ |
| Replace all flexible brake hoses | | | ✓ | | |
| Reset Engine Oil Level and Service Interval Indicators | ✓ | ✓ | ✓ | ✓ | ✓ |
| Endorse service record | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform comprehensive road test; check operation of all vehicle features | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fault lamp(s) illuminated? If '**YES**', use Land Rover-approved diagnostic tool for diagnosis/repair | ✓ | ✓ | ✓ | ✓ | ✓ |
| Report any unusual features of vehicle condition and additional work required | ✓ | ✓ | ✓ | ✓ | ✓ |

| Range Rover 3.0L Plug-in Hybrid Electric Vehicle (PHEV) | | | | | |
|---|---|---|---|---|---|
| **Service** | **1** | **2** | **3** | **4** | **5** |
| **Interval: Miles x 1000** | **21** | **42** | **63** | **84** | **84** |
| **Interval: Km x 1000** | **34** | **68** | **102** | **136** | **170** |
| **Interval: Years** | **2** | **4** | **6** | **8** | **10** |
| Check for and complete all open **Recalls and Service Actions** | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform vehicle inspection checks | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace interior cabin air filter element | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace engine oil and filter | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace engine air cleaner element | | | | ✓ | |
| Replace exterior cabin air filter element | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace spark plugs | | | ✓ | | |

Reference Copy 23/08/22

| Range Rover 3.0L Plug-in Hybrid Electric Vehicle (PHEV) | | | | | |
|---|---|---|---|---|---|
| Service | 1 | 2 | 3 | 4 | 5 |
| Interval: Miles x 1000 | 21 | 42 | 63 | 84 | 84 |
| Interval: Km x 1000 | 34 | 68 | 102 | 136 | 170 |
| Interval: Years | 2 | 4 | 6 | 8 | 10 |
| Replace brake fluid | ✓ | ✓ | | ✓ | ✓ |
| Replace front accessory drive belt | | | ✓ | | |
| Replace engine coolant | | | | | ✓ |
| Replace hybrid battery coolant | | | | | ✓ |
| Replace transmission oil and filter | | | | ✓ | |
| Replace transfer case oil | | | ✓ | | |
| Replace front differential oil | | | | | ✓ |
| Replace rear locking differential oil (if fitted) | | | ✓ | | |
| Replace rear non-locking differential oil (if fitted) | | | | | ✓ |
| Replace all flexible brake hoses | | | ✓ | | |
| Reset Engine Oil Level and Service Interval Indicators | ✓ | ✓ | ✓ | ✓ | ✓ |
| Endorse service record | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform comprehensive road test; check operation of all vehicle features | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fault lamp(s) illuminated? If '**YES**', use a Land Rover-approved diagnostic tool for diagnosis/repair | ✓ | ✓ | ✓ | ✓ | ✓ |
| Report any unusual features of vehicle condition and additional work required | ✓ | ✓ | ✓ | ✓ | ✓ |

Reference Copy 23/08/22

L

# Passport to Service

| Range Rover 4.4L Gasoline Powertrain | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Service | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Interval: Miles x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| Interval: Km x 1000 | 26 | 52 | 78 | 104 | 130 | 156 | 182 | 208 | 234 | 260 |
| Interval: Years | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Check for and complete all open Recalls and Service Actions | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform vehicle inspection checks | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace interior air filter element | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace engine oil and filter | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Replace engine air cleaner element | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| Clean exterior air pollution quality sensor filter (if fitted) | | | | | | | | | | |
| Replace spark plugs | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| Replace brake fluid | | ✓ | | ✓ | | | | ✓ | | ✓ |
| Replace front accessory drive belt | | | | | | | | | ✓ | |
| Replace engine coolant | | | | | | | | | | ✓ |
| Replace transmission oil and filter | | | | | | | | | ✓ | |
| Replace transfer case oil | | | | | | | | | ✓ | |
| Replace front differential oil | | | | | | | | | ✓ | |
| Replace rear locking differential oil | | | | ✓ | | | | ✓ | | |
| Replace rear non-locking differential oil | | | | | | | | | ✓ | |
| Replace all flexible brake hoses | | | | | | ✓ | | | | |
| Reset Engine Oil Level and Service Interval Indicators | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Reference Copy 23/08/22

| Range Rover 4.4L Gasoline Powertrain | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Service | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Interval: Miles x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| Interval: Km x 1000 | 26 | 52 | 78 | 104 | 130 | 156 | 182 | 208 | 234 | 260 |
| Interval: Years | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Endorse service record | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Perform comprehensive road test; check operation of all vehicle features | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Fault lamp(s) illuminated? If 'YES', use Land Rover-approved diagnostic tool for diagnosis/repair | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Report any unusual features of vehicle condition and additional work required | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## HAZARDOUS WASTE MANAGEMENT

Certain components of this vehicle such as air bag modules, seat belt pre-tensioners, etc., may contain perchlorate material. Special handling may apply for service or vehicle end of life disposal. See **www.dtsc.ca.gov/hazardouswaste/perchlorate**.

For engine oil: See **419, USED ENGINE OIL**.

For used batteries: See **448, REPLACING THE VEHICLE BATTERY** and **48, SMART KEY BATTERY REPLACEMENT**.

Reference Copy 23/08/2