**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Boris Zats, et al. | Civil No. 2:25-cv-13709 |
| Plaintiff(s), | |
| v. | Judge  Claire C. Cecchi |
| Jaguar Land Rover North America, LLC | |
| Defendant(s). | |

**JOINT CERTIFICATION[1] OF THE CITIZENSHIP OF THE PARTIES IN DIVERSITY CASES[2]**

**PLAINTIFF(S):**

| | | |
|---|---|---|
| | ☐ Individual[3]<br>☐ Corporation[4]<br>☐ Partnership[5]<br>☐ Limited Liability Company[6] | State(s) of Citizenship |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company | State(s) of Citizenship |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company | State(s) of Citizenship |

In cases where one or more Plaintiffs are partnerships or LLCs, list all partners or members and their citizenship. This space should also be used where there are more than three Plaintiffs.

**DEFENDANT(S):**

| Jaguar Land Rover North America, LLC | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☑ Limited Liability Company | State(s) of Citizenship<br>New Jersey; Delaware |
| --- | --- | --- |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company | State(s) of Citizenship |
| | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company | State(s) of Citizenship |

In cases where one or more Defendants are partnerships or LLCs, list all partners or members and their citizenship. This space should also be used where there are more than three Defendants.

Jaguar Land Rover Limited (United Kingdom).

**AMOUNT IN CONTROVERSY:**

Amount in controversy, exclusive of interests and costs:[7]

Describe the basis of the calculation of amount in controversy. If the basis of the calculation refers to a "pleading, motion, order or other paper,"[8] include the ECF citation to the record.

Defendant believes the Court's jurisdiction in this case derives from the Class Action Fairness Act, 28 U.S.C. section 1332(d)(2), which provides the district court with original jurisdiction of any civil action in which the matter in controversy exceeds the sum of $5 milion and is a class action in which any member of a class of plaintiffs is a citizen of a State different from defendant. On information and belief, given the scope of the proposed class, the amount in controversy requirement appears to be satisfied.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

| | | | Date | |
|---|---|---|---|---|

Appearing on behalf of Plaintiff(s)

/s/ Tiffany M. Alexander                    Date  August 19, 2025

Appearing on behalf of Defendant(s)

This form may be replicated as necessary. Additional sheets may be added.

3