UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BORIS ZATS, AMIR GUPTA, and
FRANK RUFFOLO, *et al.*, individually and
on behalf of all others similarly situated,

     Plaintiffs,

     v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC, a Delaware limited
liability company,

     Defendant.

Case No. 2:25–cv–13709–CCC–JRA

Motion Date: August 17, 2026

JURY TRIAL DEMANDED

**DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC'S
NOTICE OF RENEWED MOTION TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq*., and Local Rule 7.1, Defendant Jaguar Land Rover North America, LLC ("JLRNA") shall move this Court before the Hon. Claire C. Cecchi, U.S.D.J., on August 17, 2026 (or on such other date as the Court shall schedule), at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order compelling Plaintiffs' claims to arbitration.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, JLRNA shall rely upon the accompanying Memorandum in Support and the

1

evidence attached to and cited therein, the Declaration of Nadira Kirkland, the Declaration of Terri S. Reiskin, the Class Action Complaint, and such other matters as may be presented to the Court at the time of the hearing. A proposed Order is submitted herewith.

Dated: July 13, 2026                    Respectfully submitted,

*By: /s/ Tiffany M. Alexander*
Tiffany M. Alexander
NJ Bar No. 000692002
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Tel.: 610–943–5351
tiffany.alexander@nelsonmullins.com

Terri S. Reiskin (*pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
901 15th Street, NW, Suite 1200
Washington, D.C. 20005
Tel.: 202–689–2800
terri.reiskin@nelsonmullins.com

Jason R. Hodge (*pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Tel.: 804–533–3891
jason.hodge@nelsonmullins.com

*Attorneys for Defendant Jaguar Land Rover North America, LLC*

2