# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

BORIS ZATS, AMIR GUPTA, and
FRANK RUFFOLO, Individually and
on Behalf of all Others
Similarly Situated,

Plaintiffs,

v. Case No.

JAGUAR LAND ROVER NORTH AMERICA, 2:25-cv-13709-CCC-JRA
LLC, a Delaware Limited
Liability Company,

Defendant.

DEPOSITION OF FRANK ANTHONY RUFFOLO

DATE: Thursday, June 11, 2026
TIME: 10:01 a.m.
LOCATION: Remote Proceeding
New Buffalo, MI 49117
REPORTED BY: Helen Tadesse
JOB NO.: 8255434

Page 22

assume?
A Yes.
MR. SINDONI: I'll just object for the record to the extent you're showing him this document, but he doesn't have the option to, like, look at it in full and neither do I but --
MS. REISKIN: Doesn't have the option to what? I'm sorry.
MR. SINDONI: Just to scroll through it or review it. You're asking him about --
MS. REISKIN: Oh, sure.
MR. SINDONI: Neither do I, but --
MS. REISKIN: Yeah, and -- and I -- I'm happy to scroll through so everybody knows what we're talking about, but it's the document that was produced as 001 through 008. It was all one PDF. I haven't altered it in any way.
BY MS. REISKIN:
Q Let me know if I'm scrolling too slow or too fast. Second page has additional terms and conditions. I assume that was the backside of the contract; is that right, Mr. Ruffolo?
A I believe so.
Q And then when we get to page 3, this looks

Page 23

like the retail installment contract again relating to the Supercharge vehicle. Is that your understanding?
A Looks like it, yeah.
Q And you would've signed off on this as the buyer; right?
A Yes.
Q And then it gets into the terms of that agreement, which again may have been on the backside, but anyway, they were -- you will -- would agree they were part of the retail installment contract; correct?
A Yes.
Q And when we get to what's Bates numbered as page 7, there's an arbitration provision?
A Okay.
Q Were you aware when you signed this document that it had an arbitration provision in it?
A No.
Q Did you review the front and back of the contract and all the terms before you signed it?
MR. SINDONI: Objection.
THE WITNESS: I don't recall.
BY MS. REISKIN:
Q Sitting here today, is this the first time you've become aware that there was an arbitration

Page 24

provision in this agreement?
A Yes.
Q And let me just go through to the end, and then just again here, just to confirm, the purchase date was 9/14/22 on this last page, page 8. And the buyers, were you individually and Restaurante Franco Inc.; correct?
A Yes.
Q Was it typically the case that you would trade in whatever vehicle you had when you purchased the new one?
MR. SINDONI: Objection, form.
THE WITNESS: Yes.
BY MS. REISKIN:
Q And in this case, I think the contract, and I didn't point it out while it was up on the screen, but it said you traded a 2019 gray Range Rover -- gray colored Range Rover. Is that your recollection?
A Yes.
Q Did your father also trade in a vehicle for his Autobiography?
A He did.
Q Do you know which one he traded?
A I don't recall. It was either another

Page 25

Autobiography or a Range Rover Sport that my brother had. I don't recall that -- that transaction. There were two or three cars involved in it.
Q Did you -- do you have possession of or did you try to find the retail installment contract or the order for your father's Autobiography?
A Yeah, my -- my secretary was not able to -- to locate that.
Q And what about repair records or service records for the Autobiography?
A She couldn't locate those either.
Q Where would they, those inform types of documents typically be stored?
A In the vehicle or at one of our central offices? They were not in the vehicle and they weren't in the office.
Q And did someone -- or you or someone else ask your father if you knew where they were?
A He's currently out of town. He spends half the year in Florida.
Q Does he take the Autobiography with him when he goes?
A No, stays here.
Q So nobody's asked him about where the