**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BORIS ZATS, AMIR GUPTA, and FRANK RUFFOLO, *individually and on behalf of all others similarly situated*, | : | |
| Plaintiffs, | : | Case No. 2:25-cv-13709- CCC–JRA |
| v. | : | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, | : | Motion Date: August 17, 2026 |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this Notice of Supplemental Authority to advise the Court of an August 5, 2026 decision – *Rickes v. Thermo Fisher Scientific, Inc.*, No. 25-5138 (9th Cir. Aug. 5, 2026) – that is relevant to the parties' briefing on Defendant's Renewed Motion to Compel Arbitration.

In *Rickes*, the defendant employer moved to compel arbitration based on an agreement distributed to employees by email, and the district court concluded that the defendant failed to establish the existence of an agreement to arbitrate. In its unpublished opinion affirming the district court's decision, the court confirmed that arbitration-agreement formation is governed by ordinary state-law contract

principles and that "California courts have . . . made clear that silence alone does not constitute assent." *Id.* at 3.

The decision, which contains holdings and analysis relevant to this case, is attached as Exhibit A for the Court's convenience. Plaintiffs respectfully request that the Court consider this supplemental authority in connection with its resolution of Defendant's Renewed Motion to Compel, which is fully briefed.

Respectfully submitted,

Dated: August 26, 2026

By: /s/ Simon B. Paris

Simon B. Paris (Atty ID #049821996)
Patrick Howard (Atty ID #022802001)
Joshua Snyder (Atty ID #023902001)
**SALTZ MONGELUZZI & BENDESKY, PC**
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Tel: (215) 575-3986
Fax: (215) 754-4443
sparis@smbb.com
phoward@smbb.com

*Attorneys for Plaintiffs and Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 26, 2026

By: /s/ Simon B. Paris
Simon B. Paris